Louis Smadbeck, Respondent, v. The City of Mount Vernon, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Annie Andrews, as Administratrix, etc., of Joseph T. Andrews, Deceased, Plaintiff, v. H. & H. Reiners, Defendant. — Motion for new trial denied, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Woodward, J., dissented.

Garret S. Braisted, Respondent, v. Christian Kranenberg, Appellant. — Judgment of the County Court of Kings county affirmed by default, with costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Brooklyn Bank, Respondent, v. Frank A. Barnaby, Appellant. — Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Isabelle Brown, Respondent, v. Charles Clapper, Appellant. — Judgment and order of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

George E. Craft, Appellant, v. Peekskill Lighting and Railroad Company, Respondent. — Judgment and order of the County Court of Westchester county affirmed, with costs, on the authority of *Craft* v. *Peekskill Lighting & Railroad Co.* (121 App. Div. 549). Woodward, Jenks, Gaynor and Rich, JJ., concurred; Hooker, J., dissented.

John P. East, Appellant, v. The Brooklyn Heights Railroad Company, Respondent. — Judgment and order affirmed, with costs, on the authority of *East* v. *Brooklyn Heights R. R. Co.*, (115 App. Div. 683). Woodward, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., dissented.

Thaddeus J. Fagan, as Administrator, etc., of William Fagan, Deceased, Appellant, v. The City of New York and Others, Respondents. — Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Laura M. Fuller, Respondent, v. Franklin Bien, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Charles Gastel, Plaintiff, v. The City of New York, Defendant. — Plaintiff's exceptions sustained and a new trial granted, with costs to the appellant. No opinion. Woodward, Hooker and Rich, JJ., concurred; Jenks and Miller, JJ., dissented.

Paul Glasser, Respondent, v. Rose Smigel, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Roxie E. Houghton, Respondent, v. Hans R. Hansen, Appellant. — Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament and Codicil Thereto of Henry L. Griffin, Deceased. Edward L. Griffin, Appellant; E. M. Hudson and Others, Respondents. — Decree of the Surrogate's Court of Suffolk county affirmed, without costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.